AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Eduardo Maldonado | ) Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 8, 2021 in the county of Webb in the Southern District of Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 952(a) and 963 | Knowingly and unlawfully import, attempt to import, and conspire to import, from a place outside the United States, to wit: the United Mexican States, to a place in the United States, to wit: Laredo, Texas, a controlled substance listed under Schedule I and Schedule II of the Controlled Substances Act, to wit: approximately 2.04 Kilograms of heroin, 1.42 Kilograms of methamphetamine, and 4.16 Kilograms of cocaine. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

/s/ Corey L. Grubbs

*Complainant's signature*

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Corey Grubbs sworn to and signature attested telephonically on February 9, 2021, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge

**ATTACHMENT A**

I am a Special Agent of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On February 8, 2021, at approximately 7:00 AM, Eduardo MALDONADO entered the United States via the Laredo International Bridge II, Laredo, Texas, as a passenger aboard a commercial bus.

2. At the passenger processing area of Laredo International Bridge II, MALDONADO presented himself for inspection and placed a suitcase and cardboard box on the X-RAY machine operated by Customs and Border Protection Officers (CBPO). CBPO's observed anomalies in the bottom of the cardboard box. Further inspection revealed bundles of powdery substances which tested positive for the properties of heroin, methamphetamine and cocaine. The bundles were removed and found to contain 2.04 Kilograms of heroin, 1.42 Kilograms of methamphetamine, and 4.16 Kilograms of cocaine.

3. Special Agents with Homeland Security Investigations (HSI) responded to the seizure. HSI special agents read MALDONADO his Miranda Rights in the Spanish language. MALDONADO stated that he understood his Miranda warnings and agreed to speak to HSI special agents without the presence of an attorney.

4. During the interview, MALDONADO stated that he had met a person in Morelia, Michoacán, Mexico, who asked MALDONADO to transport the box to Birmingham, Alabama. MALDONADO stated that he was to receive $3000 for transporting the box. When questioned if he knew narcotics were in the box, MALDONADO stated that for being paid that much money to take a box, he suspected there might be narcotics inside the box.

5. MALDONADO was subsequently arrested and transported to the La Salle County Detention Center.