United States Courts
Southern District of Texas
FILED

MAR 0 9 2021

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 5:21-CR-435 |
| EDUARDO MALDONADO | § § | MGM |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **February 8, 2021**, in the Southern District of Texas, and within the jurisdiction of the Court, Defendant,

**EDUARDO MALDONADO,**

did knowingly conspire and agree with other persons known and unknown to the Grand Jurors to import 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1) and (b)(1)(H).

### COUNT TWO

On or about **February 8, 2021**, in the Southern District of Texas, and within the jurisdiction of the Court, Defendant,

**EDUARDO MALDONADO,**

did knowingly import into the United States of America from the United Mexican States a controlled substance. This offense involved a quantity of 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers and 500 grams and more of a mixture

and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and (b)(1)(H), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about **February 8, 2021**, in the Southern District of Texas, and elsewhere, within the jurisdiction of the Court, Defendant,

**EDUARDO MALDONADO,**

did knowingly conspire and agree with other persons known and unknown to the Grand Jurors to import 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a) & 960(a)(1) and (b)(1)(A).

## COUNT FOUR

On or about February 8, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**EDUARDO MALDONADO,**

did knowingly import into the United States of America from the United Mexican States a controlled substance. This violation involved a quantity of 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about **February 8, 2021**, in the Southern District of Texas, and within the

jurisdiction of the Court, Defendant, the jurisdiction of the Court, Defendant,

**EDUARDO MALDONADO,**

did knowingly conspire and agree with other persons known and unknown to the Grand Jurors to import 500 grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 21 USC 963, 952(a) and 960(a)(1) and (b)(2)(B).

## COUNT SIX

On or about **February 8, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**EDUARDO MALDONADO,**

did knowingly import into the United States of America from the United Mexican States a controlled substance. This violation involved a quantity of 500 grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a) and 960 (a)(1) and (b)(2)(B).

A TRUE BILL:

FOREMAN OF THE GRAND JURY

JENNIFERY B. LOWERY
ACTING UNITED STATES ATTORNEY

Paul Harrison
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET  5:21-CR-435

<u>LAREDO</u>  DIVISION                                          NO._____

FILE: 21-01172           MAG#: 21-00294
<u>INDICTMENT</u>         Filed: <u>March 9, 2021</u>                       Judge:_____

                                                ATTORNEYS:

UNITED STATES OF AMERICA
                                                <u>JENNIFERY B. LOWERY, ACTING USA</u>
VS.                                             <u>PAUL HARRISON, AUSA</u>

**EDUARDO MALDONADO**


**CHARGE:**
- Ct. 1: Conspiracy to Import 50 grams or more of methamphetamine or 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine [21 USC 963, 952(a), and 960(a)(1) and (b)(1)(H)]
- Ct. 2: Importation of 50 grams or more of methamphetamine or 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine [21 USC 952(a), 960(a)(1) and (b)(1)(H), and 18 USC 2]
- Ct. 3: Conspiracy to import 1 kilogram or more of heroin [21 USC 963, 952(a) & 960(a)(1) and (b)(1)(A)]
- Ct. 4: Importation of 1 kilogram or more of heroin [21 USC 952(a) and 960(a)(1) and (b)(1)(A) and 18 USC 2]
- Ct. 5: Conspiracy to Import 500 grams or more of cocaine [21 USC 963, 952(a) and 960(a)(1) and (b)(2)(B)]
- Ct. 6: Importation of 500 grams or more of cocaine [21 USC 952(a) and 960 (a)(1) and (b)(2)(B)]

**TOTAL COUNTS: 6**

**PENALTY:**
Cts. 1-4:   10 years to life of imprisonment, not more than a $10,000,000 fine, $100 special assessment, at least 5 years up to a life term of supervised release.
Ct. 5-6:    5 to 40 years imprisonment, not more than a $5,000,000 fine, $100 special assessment, at least 4 years up to a life term of supervised release.

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: